# EXHIBIT A

10. EFFECTIVE DATE.  The effective date of this Agreement shall be the date upon which You execute it.

11. COPY OF AGREEMENT.  You acknowledge that You have received a copy of this Agreement.

## SIGNATURE PAGE

LIEBOWITZ LAW FIRM, PLLC

_Richard Liebowitz_                 _July 12, 2019_

Richard P. Liebowitz, Esq.                Date

THE FOREGOING IS AGREED TO:

Client Name: _____Erika P. Rodriguez_____

Client Company (if any): __Erika P. Rodriguez_____

Address: ____PO Box 193325_____

City, State & Postal Code: __San Juan, P.R. 00919_____

Phone: _____+1 (787) 565-9046_____

Email: _____erikaprodrgz@gmail.com_____

_Erika Rodriguez_              07/15/2019

Client Signature                Date