# EXHIBIT A

10. EFFECTIVE DATE.  The effective date of this Agreement shall be the date upon which You execute it.

11. COPY OF AGREEMENT.  You acknowledge that You have received a copy of this Agreement.

## SIGNATURE PAGE

LIEBOWITZ LAW FIRM, PLLC

<u>Richard Liebowitz</u>                     <u>  July 12, 2019             </u>

Richard P. Liebowitz, Esq.                                              Date

THE FOREGOING IS AGREED TO:

Client Name: _____Erika P. Rodriguez_____

Client Company (if any): __Erika P. Rodriguez_____

Address: _____PO Box 193325_____

City, State & Postal Code: __San Juan, P.R. 00919_____

Phone: _____+1 (787) 565-9046_____

Email: _____erikaprodrgz@gmail.com_____

*Erika Rodriguez*                                    07/15/2019
_____          _____

Client Signature                                                        Date