# EXHIBIT B

From: **Richard Liebowitz** <RL@liebowitzlawfirm.com>
Date: Sat, May 16, 2020 at 12:07 AM
Subject: Copyright Update
To: <erika@erikaprodriguez.com>
Cc: Luke Kuller <lk@liebowitzlawfirm.com>

Hi Erika,

Hope you are well. Today I filed your case against Whole World Water. I should hear from their lawyers soon. I will keep you posted.

Thank you.

Best,

Richard Liebowitz

Liebowitz Law Firm, PLLC

516-233-1660

www.LiebowitzLawFirm.com