August 18, 2020

Honorable Lewis Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Rodriguez v. Whole World Water, LLC (1:20-cv-3821-LAK)*

Dear Judge Kaplan,

Attached to this letter is the following additional documents:

**Exhibit A:** An email from Erika Rodriguez, the plaintiff in this action, to Liebowitz Law Firm, PLLC with the infringement of this case with the attached PDF.

**Exhibit B:** An email exchange between Luke Kuller, an employee of Liebowitz Law Firm, confirming the case has been documented and inquiring about some more intake about the case.

**Exhibit C:** An email exchange between Erika Rodriguez and Richard Liebowitz discussing the case and where Erika Rodriguez authorized the settlement of this case.

**Exhibit D:** The retainer agreement between Liebowitz Law Firm and Erika Rodriguez.

        Respectfully submitted,

        /s/Richard Liebowitz
        Richard P. Liebowitz

        *Counsel for Plaintiff Erika Rodriguez*

