# EXHIBIT A



**Richard Liebowitz <richardpliebowitz@gmail.com>**

# Fwd: Infringement - Instagram Use

**Luke Kuller** <lk@liebowitzlawfirm.com>  Mon, Aug 17, 2020 at 8:51 AM
To: Richard Liebowitz <richardpliebowitz@gmail.com>

---------- Forwarded message ---------
From: **Donna Halperin** <dh@liebowitzlawfirm.com>
Date: Wed, Mar 11, 2020 at 9:24 PM
Subject: Fwd: Infringement - Instagram Use
To: Luke Kuller <lk@liebowitzlawfirm.com>, Esaba Hoque <eh@liebowitzlawfirm.com>

---------- Forwarded message ---------
From: **Erika P. Rodriguez Fotog** <erikaprodrgz@gmail.com>
Date: Wed, Mar 11, 2020 at 5:49 PM
Subject: Infringement - Instagram Use
To: CaseReview - Liebowitz Law <casereview@liebowitzlawfirm.com>

https://appext20.dos.ny.gov/corp_public/CORPSEARCH.ENTITY_INFORMATION?p_token=
EA4F67F224E7D5A0006B80B5EFF61B1D997CEBAE057002517C2121448D38
BA8F7F7D3B2B2A5C42E3FA6B2BE2C069929F&p_nameid=4F3AE570469D098B&p_corpid=
33EAFC78BAF2A4E8&p_captcha=13112&p_captcha_check=EA4F67F224E7D5A0006B80B5EFF61B
1D997CEBAE057002517C2121448D38BA8F293BAA8D0FF6CFAE849512872C94B321&p_entity_name=%77%68%
6F%6C%65%20%77%6F%72%6C%64%20%77%61%74%65%72&p_name_type=%
41&p_search_type=%42%45%47%49%4E%53&p_srch_results_page=0

–
erikaprodriguez.com

--
Best,

Donna Halperin, Director of Client Relations
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

******************************************************************

--
Best,

Luke Kuller, Research Analyst

Liebowitz Law Firm, PLLC
(800) 778-1660

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---

 **20200311_infringement_wholeworldwater instagram.pdf**
357K

**Erika P. Rodriguez**
erikaprodrgz@gmail.com

**Original JPG Label:** 1.9.20_20200108_NAT_EARTHQUAKE-72
**First date of publication**: January 10, 2020
**Original Publication:**
https://www.nytimes.com/2020/01/10/us/puerto-rico-electricity-power-earthquake.html

https://www.instagram.com/p/B7tuZ_KHJij/
https://www.instagram.com/wholeworldwater/
https://www.wholeworldwater.co/



 **wholeworldwater**
Guayanilla, Puerto Rico



♡  ○  ▷                                           ▢

8 likes

**wholeworldwater** Natural disasters are becoming more rapid and furious due to climate change. Puerto Rico has already received its fair share of them, still recovering from Hurricane Maria in 2017 and was recently hit by a catastrophic 4.5 magnitude earthquake! ⛑
.
"Thousands of Puerto Ricans remain on the streets, too scared of unsafe structures to sleep indoors, and crowded public shelters have had no running water in the bathrooms because the power outage has also shut down water pumps." (@nytimes )
.
There have been multiple reports regarding the unused aid that the government neglects to distribute properly to its citizens. A better disaster protocol from the US and local government must be implemented because another storm is certainly looming. ☁☁☁

**wholeworldwater** #puertorico #protest #hurricanemaria #earthquake #naturaldisaster #climatechange #humanactivity #government #wandavázquez #poweroutage #2020 #www

January 24