UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ERIKA RODRIGUEZ,

                      Plaintiff,

        -against-                                20-cv-3821 (LAK)

WHOLE WORLD WATER, LLC,

                      Defendant.
------------------------------------------x

## ORDER

Lewis A. Kaplan, *District Judge.*

        Plaintiff was served with a copy of this Court's order dated November 30, 2020, which afforded her the option of engaging a new lawyer or, alternatively, proceeding with the case herself, without a lawyer. She has done neither.

        Accordingly, the plaintiff shall show cause, on or before September 24, 2022, why this action should not be dismissed for lack of prosecution. The Clerk is directed to send a copy of this order to the plaintiff by email at erika@erikaprodriguez.com.

        SO ORDERED.

Dated:        September 13, 2022

                                                  /s/ Lewis A. Kaplan
                                                    Lewis A. Kaplan
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-13-22